IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| IN RE: | |
|---|---|
| MARY A. GORDON | Case No. 12-09605 |
| Debtor. | |

**ORDER AND NOTICE TO FILE CLAIMS AGAINST SURPLUS FUNDS**

It appears to the Court that the Trustee has sufficient funds to pay all allowed claims in full and that there are surplus funds remaining which may be distributed to creditors who have not filed their claims.

It further appears to the Court that pursuant to Bankruptcy Rule 3003 (c)(3), the Court may grant a reasonable extension of time for filing the claims against the surplus.

WHEREFORE, it is hereby ORDERED that the _____day of_____, 2019, is fixed as the last day of the filing of claims against the surplus funds remaining after payment in full of all claims which have been filed and allowed.

It is further ORDERED that claims which have been filed but have not been allowed because they were not filed prior to the bar date for filing claims shall be treated as having been filed against any surplus and need not be refiled.

**This order was signed and entered electronically as indicated at the top of the first page.**

Submitted for entry:

/s/ *T. Larry Edmondson*
T. Larry Edmondson, Trustee
800 Broadway, 3rd Floor
Nashville, TN 37203
615-254-3765 phone
615-254-2072 fax
larryedmondson@live.com