Marian F. Harrison
US Bankruptcy Judge

Dated: 11/22/2022

IN THE UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| MARY A. GORDON, | ) | CASE NO. 3:12-BK-09605 |
| | ) | CHAPTER 7 |
| DEBTOR. | ) | JUDGE HARRISON |
| | ) | |

### ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

On October 17, 2022, a motion was filed by Mary Alice Gordon, Owner of Record, requesting payment of unclaimed funds deposited with the court, pursuant to 11 U.S.C. § 347(a). The motion and supporting documentation establish that the Mary Alice Gordon is entitled to the unclaimed funds. Any objection to the motion has been withdrawn or resolved. Accordingly, it is hereby

ORDERED that, pursuant to 28 U.S.C. § 2042, the sum of $236,446.31 held in unclaimed funds be made payable to Mary Alice Gordon, Owner of Record, and be disbursed to the payee at the following address:

541 Waterstone Drive, Montevallo, AL 35115-5738

The Clerk will disburse these funds as soon as practicable from entry of this order.

*This order was signed and entered electronically as indicated at the top of the first page.*

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.